

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00237-CR

IN RE R. WAYNE JOHNSON, RELATOR

ORIGINAL PROCEEDING

August 5, 2015

EN BANC ORDER ON MOTION TO RECUSE

Before QUINN, C.J., and CAMPBELL and HANCOCK and PIRTLE, JJ.

Relator R. Wayne Johnson, a prison inmate appearing *pro se,* filed a petition asking the court to issue a writ of mandamus against respondent the Honorable Ana Estevez, judge of the 251st District Court of Potter County.

The petition complies with almost none of the requirements of appellate rule 52.3 and, in particular, contains no clear statement of facts or argument. *See* TEX. R. APP. P. 52.3(g), (h). We discern, however, that it contains a motion to recuse, directed to this Court. The grounds for recusal are those Johnson has raised in previous such motions in this Court, our asserted bias and prejudice against him. *In re Johnson,* No. 07-15-00183-CR, 2015 Tex. App. LEXIS 6250, at *1-2 (Tex. App.—Amarillo June 17, 2015, orig. proceeding) (per curiam order) (citing *In re Johnson,* 07-04-0465-CV, 2004 Tex.

App. LEXIS 9157 (Tex. App.—Amarillo Oct. 15, 2004, orig. proceeding) (per curiam, mem. op.).

Johnson does not state whether the motion is directed to the entire court or the panel assigned his pending original proceeding.  The motion was considered en banc, by means of the procedure detailed in *In re Johnson,* 2015 Tex. App. LEXIS 6250, at *3-4.  The en banc court has found the motion to recuse is properly denied, as to each member of the panel.  Accordingly, the motion to recuse is denied.

Per Curiam

Do not publish.